IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

VASUN BUFORD                                                    PLAINTIFF

        v.                              No. 05-6070

TROY TUCKER, Sheriff;
JACKY NEWBORN, Administrator;
and the CLARK COUNTY SHERIFF'S
OFFICE                                                          DEFENDANTS

<u>**ORDER**</u>

Now on this 27th day of August 2007, there comes on for consideration the report and recommendation filed herein on July 23, 2007, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 22). The parties have not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' motion for summary judgment (Doc. 16) is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                /s/ Robert T. Dawson
                                Honorable Robert T. Dawson
                                United States District Judge

**AO72A**
**(Rev. 8/82)**